

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00687-CV

**IN THE INTEREST OF T.S.L.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01216
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED and Appellant's attorney's motion to withdraw is GRANTED. No costs shall be assessed against Appellant in relation to this appeal because she qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED January 29, 2014.

Patricia O. Alvarez, Justice